■ WHITESTONE REALTY CORP., as Assignee of CHARLES GLOGOWER, Appellant, *v.* MALBA PROPERTIES, INC., Respondent. — In an action to recover damages for respondent's alleged misrepresentation of the rentals payable by tenants in certain realty purchased by appellant, the appeal is from an order denying appellant's motion to serve an amended complaint. Order reversed, with $10 costs and disbursements, and motion granted. The amended complaint is to be served within 10 days after the entry of the order hereon. In our opinion, appellant's attempt at amendment, designed merely to change the alleged valuations of the property upon which its damages were calculated, worked no prejudice upon respondent. The merits and legal sufficiency of the proposed amended complaint should be left to the subsequent course of this action (*Coron* v. *Lincks*, 259 App. Div. 924; *Cohen* v. *Dana*, 273 App. Div. 1017; *Bendan Holding Corp.* v. *Rodner*, 245 App. Div. 723). Nolan, P. J., Wenzel, Beldock, Hallinan and Kleinfeld, JJ., concur.

■■■■■■

## (June 17, 1957)

■ ELEANOR CORBIN et al., Appellants, v. JAMES MILLER et al., Respondents. — Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.

■ SAMUEL GILBERT, as Stockholder of Glen Alden Corporation, Suing on Behalf of Himself and All Other Stockholders Similarly Situated, Respondent, v. FRANCIS O. CASE et al., Defendants, and GLEN ALDEN CORPORATION, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ. [See 3 A D 2d 930.]

■ HARRY HAMMERSHLAG et al., Appellants, v. MAT L. BEST, Respondent, et al., Defendant.— Motion to dismiss appeal granted, without costs, and appeal dismissed. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.

■ R. C. JOHNSON, INC., Appellant, v. ROBERT BROADY et al., Respondents. —Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.

■ BLANCHE KNIGHT et al., Appellants, v. ROBERT J. HARDER et al., Respondents.— Motion for leave to appeal to the Appellate Division granted. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.